CONSTANTINE MARANTIDIS, CA Bar No. 173318
cmarantidis@lewisroca.com
G. WARREN BLEEKER, CA Bar No. 210834
wbleeker@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff
NATUREZWAY, INC.

Nicholas C. Larson (SBN 275870)
NLarson@MPBF.com
MURPHY, PEARSON, BRADLEY & FEENEY
520 Pike Street, Suite 1205
Seattle, WA 98101
Telephone: (206)-219-2008

John A. Safyurtlu (SBN 179502)
John.Safyurtlu@GeneralCounselPC.com
GENERAL COUNSEL, PC
64 Meadow Valley
Irvine, CA 92602
Telephone: (714) 651-9848

Attorneys for Defendants
AMERICAN HYGIENICS CORPORATION
INNOVENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATUREZWAY, INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>AMERICAN HYGIENICS CORPORATION, a Chinese corporation; and INNOVENT, INC., a Florida corporation,<br><br>              Defendants. | Case No. 2:23-cv-06724-FLA-AJR<br><br>**JOINT STATEMENT PURSUANT TO LOCAL CIVIL RULE 83-9.2 DEFENDANT AMERICAN HYGIENICS CORPORATION'S MOTION TO DISMISS SPECIALLY APPEARING DEFENDANT AMERICAN HYGIENICS CORPORATION PURSUANT TO FRCP 12(b)(2)**<br><br>**Hon. Fernando L. Aenlle-Rocha** |

124633257.2

Pursuant to Local Civil Rule 83-9.2, Plaintiff Naturezway, Inc. ("Plaintiff" or "Naturezway") and Defendants American Hygienics Corporation ("AHC") and Innovent, Inc. ("Innovent") (collectively, "Defendants") (Plaintiff and Defendants are referred to collectively as the "Parties") jointly request that a decision be made on Defendant AHC's Motion to Dismiss Specially Appearing Defendant American Hygienics Corporation Pursuant to FRCP 12(b)(2) (Dkt. 20), filed November 28, 2023, and taken under submission by the Court on January 16, 2024 (Dkt. 38).

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

Dated: May 15, 2024     By /s/G. Warren Bleeker
G. Warren Bleeker
Attorneys for Plaintiff
NATUREZWAY, INC.

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: May 15, 2024     By /s/Nicholas C. Larson
Nicholas C. Larson
Attorneys for Defendants
AMERICAN HYGIENICS CORPORATION and INNOVENT, INC.

L.R. 5-4.3.4(a)(2)(i) Certification:

*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

 /s/G. Warren Bleeker
G. Warren Bleeker

124633257.2