UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATUREZWAY, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>AMERICAN HYGIENICS CORPORATION, *et al.*, <br><br>　　　　　Defendants. | Case No. 2:23-cv-06724-FLA (AJRx) <br><br>**ORDER LIFTING STAY AND SETTING SCHEDULE [DKT. 47]** |

1

On July 23, 2024, the court stayed this action and vacated all pretrial and trial dates and deadlines so that Plaintiff could retain substitute counsel.  Dkt. 45.  On August 29, 2024, Plaintiff filed a status report, stating it retained new counsel.  Dkt. 47.  Accordingly, the court LIFTS the stay and SETS the following pretrial and trial dates and deadlines:

| Event | New Date |
|---|---|
| Fact Discovery Cut-off | September 27, 2024 |
| Expert Disclosure (Initial) | October 4, 2024 |
| Expert Disclosure (Rebuttal) | October 18, 2024 |
| Expert Discovery Cut-off | November 1, 2024 |
| Last Day to Hear Motions | November 29, 2024 |
| Deadline to Complete Settlement Conference | January 17, 2025 |
| Trial Filings (First Round) | January 24, 2025 |
| Trial Filings (Second Round) | February 7, 2025 |
| Final Pretrial Conference; Hearing on Motions in Limine | February 21, 2025, at 1:30 p.m. |
| Jury Trial | March 10, 2025, at 8:15 a.m. |

IT IS SO ORDERED.

Dated: August 30, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge