Afshin David Youssefyeh (185994)
david@adylaw.com
A|D|Y Law Group, P.C.
1925 Century Park East, Suite 1380
Los Angeles, California  90067
Telephone:    (310) 772-2872

Attorneys for Plaintiff,
NATUREZWAY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATUREZWAY, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　　　　　vs.<br><br>AMERICAN HYGIENICS CORPORATION, a Chinese corporation; and INNOVENT, INC., a Florida corporation,<br><br>　　　　Defendants. | Case No. 2:23-cv-06724-FLA-AJR<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

– 1 –

Plaintiff hereby notifies the Court that the entire matter has been resolved and requests that the Court remove the matter from the trial calendar.

DATED: February 25, 2025

Respectfully submitted,

A|D|Y LAW GROUP, P.C.

By:_____

A. David Youssefyeh

Attorneys for Plaintiff,
NATUREZWAY, INC.